UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                        )
CHANG CHOI                              )
and                                     )
BYUNG HWA YOO,                          )
                                        )
Parents of the minor child W.C.         )
5023 Warren St., NW                     )
Washington, D.C.                        )
                                        )
        PLAINTIFFS,                     )
                                        )
    vs.                                 )
                                        )
DISTRICT OF COLUMBIA,                   )
                                        )
Serve: Karl Racine                      )
       Attorney General                 )
       441 4th St., NW                  )
       Washington, D.C. 20001           )
                                        )
Serve: Muriel Bowser                    )
       Mayor                            )
       441 4th St., NW                  )
       Washington, D.C. 20001           )
                                        )
       DEFENDANT.                       )
_____)
```

COMPLAINT

JURISDICTION

1. Jurisdiction of this Court is founded in the Individuals with Disabilities in Education Act, 28 U.S.C. 1331 and 20 U.S.C. 1400, et seq., and the Individuals with Disabilities in Education Improvement Act of 2004 (herein IDEA).

## PARTIES

2.     Plaintiffs Chang Choi and Byung Hwa Yoo are the parents of W.C.   Plaintiffs and their child are and were  residents of the District of Columbia during the time of the underlying administrative proceedings.

3.      Defendant is a municipal corporation.  As one of its governmental functions, Defendant operates the District of Columbia Public Schools System (herein D.C. Public Schools).  D.C. Public Schools is responsible for affording children with disabilities in the District of Columbia all rights pursuant to IDEA.  Defendant has issued checks for payment of attorney's fees and costs incurred by prevailing parties who pursue claims under IDEA.

## FACTS

4.     On November 17, 2014, pursuant to IDEA, an administrative due process complaint was filed concerning the special education needs of W.C.  During the course of December 2014 and January 2015, each party filed Motions for Summary Judgment.   On January 31, 2015, a Hearing Officer Determination was issued by  Hearing Officer Michael Lazan, Esq.   Plaintiffs were the prevailing parties in this proceeding.

5.      The Hearing Officer Determination which was issued on January 31, 2015, failed to address critical issues raised in the Due Process Complaint.  Accordingly, on April 21, 2016, Plaintiffs filed an appeal of the January 31, 2016, Hearing Officer Determination to the U.S. District Court for the District of Columbia.  On June 20, 2016, the honorable Judge Amit Mehta issued an Order remanding the case to the hearing officer for consideration of the issues that had not been addressed in the January 31, 2016, Hearing Officer Determination.

6. Pursuant to the Order of Remand, on August 3, 2016, an administrative due process hearing was held before Hearing Officer Michael Lazan to address the issues that were not addressed in the January 31, 2016, Hearing Officer Determination.

7. On August 17, 2016, Hearing Officer Lazan issued a Hearing Officer Determination addressing the issues raised on remand. Plaintiffs were the prevailing parties in this proceeding.

8. The amount of attorney fees and costs owed to Plaintiffs by Defendant for the attorney fees incurred by Plaintiffs concerning the administrative proceedings resulting in the Hearing Officer Determination issued on January 31, 2016, the Hearing Officer Determination issued on August 17, 2016, and the attorney fees and costs incurred in pursuing the appeal of the January 31, 2016, Hearing Officer Determination is currently $ 84,148.74.

WHEREFORE, Plaintiff respectfully requests that this honorable Court:

A. Find that the Defendant has deprived Plaintiffs of the rights, privileges, and the benefits that are available and secured by the laws of the United States, specifically 20 U.S.C. 1400 <u>et seq.</u>;

B. Award to Plaintiffs, pursuant to IDEA, the attorney's fees and costs in the amount of $ 84,148.74;

C. Award to Plaintiffs, pursuant to IDEA, the attorneys' fees and costs incurred by virtue of the instant lawsuit; and

D. Award whatever other relief this honorable Court deems appropriate and just.

Respectfully submitted,

*/s/   Elizabeth T. Jester, Esq.*
Elizabeth T. Jester, Esq.
JESTER & WILLIAMS
P.O. Box 1165
Great Falls, VA 22066
Telephone: 703-757-8375
Fax: 703-757-8378
D.C. Bar Number 386813
*Not Admitted To Practice in VA*
signed electronically